JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DOUGLAS E. PERRY, | ) No. CV 12-01044-VBK |
|                Plaintiff, | ) JUDGMENT |
|        v. | ) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) |
|                Defendant. | ) |

**IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

**IT IS ALSO ORDERED** that the matter is dismissed with prejudice.

DATED: January 17, 2013                    /s/
                                        VICTOR B. KENTON
                                        UNITED STATES MAGISTRATE JUDGE